## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DIMAS RODRIGUEZ, on behalf of himself and all other plaintiffs similarly situated, | |
| Plaintiff, | |
| v. | Case No. 22-cv-04532 |
| LEGACY HEALTHCARE FINANCIAL SERVICES, LLC; and LAGRANGE SKILLED NURSING FACILITY d/b/a THE GROVE OF LAGRANGE PARK, | Hon. Robert W. Gettleman |
| Defendants. | |

### DEFENDANT LEGACY HEALTHCARE FINANCIAL SERVICES, LLC'S MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Legacy Healthcare Financial Services, LLC ("Legacy"), respectfully moves this Court for an Order dismissing Plaintiff Dimas Rodriguez's ("Plaintiff") Class and Collective Action Complaint (the "Amended Complaint") as to Defendant Legacy, as Plaintiff has pleaded no facts establishing that Legacy ever employed Plaintiff under the Fair Labor Standards Act (Count I) or the Illinois Minimum Wage Law (Count II), and thus this Court does not have subject matter jurisdiction over this matter. In support this Motion, Legacy files herewith a Memorandum of Law.

34427832.5

-2-

                                                                                  Respectfully submitted,

                                                                                   **LEGACY HEALTHCARE FINANCIAL SERVICES, LLC**

                                                                                  By:   */s/ Jason C. Kim*
                                                                                                One of Its Attorneys

Jason C. Kim
*jkim@nge.com*
Alexis M. Dominguez
*adominguez@nge.com*
Kathleen Okon
*kokon@nge.com*
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
(312) 269-8000

Dated: December 20, 2022

34427832.5

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on December 20, 2022, he caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all counsel of record.

    */s/ Alexis M. Dominguez*
    Alexis M. Dominguez

34427832.5